UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNSON CONTROLS, INC.,

    Plaintiff,

v.                                                        CASE NO: 8:10-cv-2343-T-26EAJ

TODD MCINTOSH and WALDERMAR K. DYK,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that the Joint Motion for Extension of Time (Dkt. 48) is granted. Defendants shall have until December 7, 2010, to substitute counsel. The parties shall have until December 14, 2010, to submit their initial disclosures and a case management report. Defendants shall have until December 14, 2010, within which to file an answer or response to Plaintiff's complaint.

**DONE AND ORDERED** at Tampa, Florida, on November 24, 2010.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record